Antonio DAVIS, Plaintiff–Appellant,

v.

Dep. Sara GIRON, Defendant–Appellee,

and

Richland County; Sheriff Leon Lott; Dep. Adrian Thompson; Dep. Adam Cornwell; Richland County Sheriff Department, Defendants.

No. 15–7560.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2015.

Decided: Dec. 18, 2015.

Antonio Davis, Appellant Pro Se. David Allan DeMasters, Joel Steve Hughes, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellee.

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Davis seeks to appeal the district court's order granting summary judgment to Appellee Sara Giron. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,*

337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Davis seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*